VALERIE A. LENOX
1961 BRASHER DR.
BILOXI, MS 39532

FRASCOGNA COURTNEY
P.O. BOX 23126
JACKSON, MS 39225-3126

TRUSTMARK BANK
P.O. BOX 522
JACKSON, MS 39205

MICHAEL T. RAMSEY
SHEEHAN LAW FIRM
429 PORTER AVE
OCEAN SPRINGS, MS 39564

HSBC BANK
NORTHLAND GROUP
P.O. BOX 39084
MINNEAPOLIS, MN 55639

VW CREDIT
1401 FRANKLIN BLVD.
LIBERTYVILLE, IL 60048

BANK OF AMERICA
P.O. BOX 982238
EL PASO, TX 79998-2235

HSBC CARD
P.O. BOX 5222
CAROL STREAM, IL 60197-5222

BILOXI HMA PHYSICIANS
P.O. BOX 28155
ATLANTA, GA 30384-1557

PHYSICIANS CLINIC MHG
P.O. BOX 555
BILOXI, MS 39533-0555

CAPITAL ONE
P.O. BOX 30281
SALT LAKE CIT, UT 84130-0281

REGIONS BANK
P.O. BOX 11407
BIRMINGHAM, AL 35246

CLEVELAND HEART LAB
6701 CARNEGIE AVE.
STE. 500
CLEVELAND, OH 44103

ROSS HENLEY, ESQ.
P.O. BOX 389
JACKSON, MS 39205-0389

COAST COMMUNITY
P.O. BOX 7588
GULFPORT, MS 39506-7588

SPECTRACELL
10401 TOWN PARK DR.
HOUSTON, TX 77072

COMPASS IMAGING
P.O. BOX 2819
GULFPORT, MS 39505-2819

TARGET
NCD-02490
P.O. BOX 1470
MINNEAPOLIS, MN 55440

FIRST NAT'L BANK OMAHA
P.O. BOX 3412
OMAHA, NE 68197

TRUE HEALTH DIAGNOSTIC
P.O. BOX 205401
DALLAS, TX 75320-5401